IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANGELA DENISE BUNTING,

          Plaintiff,

v.                      CIVIL ACTION NO. 2:08-cv-01379

TROOPER JONES, et al.,

          Defendants.

**MEMORANDUM OPINION AND ORDER**

Pending before the court is the plaintiff's Motion to Continue Trial and Reopen Discovery [Docket 76]. After being stayed, this case was reopened on September 28, 2010. On October 28, 2010, the plaintiff filed her opposition to the defendants' summary judgment motions and made no mention of any discovery problem. The parties appeared for a pretrial conference on November 18, 2010, and no issue concerning discovery was raised. Now, more than a year after the discovery deadline expired and two months after this matter was reopened, the plaintiff wishes to reopen discovery. It is apparent, however, that the plaintiff waited far too long to raise any issue concerning an extension of discovery. Accordingly, the motion is **DENIED**. The trial in this case remains set for **December 14, 2010, at 8:30 A.M**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                    ENTER:     November 30, 2010

                    Joseph R. Goodwin, Chief Judge